# AFFIDAVIT OF PROCESS SERVER

**United States District Court Court**                    **District Of Columbia**

**Estate of Mark Parsons, by and through its Administrators, et al**    Attorney:

    Plaintiff

Heideman Nudelman & Kalik P.C.
Richard Heideman
1146 19th St., 5th Fl.
Washington, DC. 20036

vs.

**The Palestinian Authority, et al**

    Defendant

**Case Number:** 1:07-cv-01847

Legal documents received by Same Day Process Service on **November 19th, 2007 at 3:00 PM** to be served upon **The Palestinian Liberation Organization (a.k.a. "PLO") at 5120 Yuma St., NW, Washington, DC. 20016**

I, B. Tony Snesko, swear and affirm that on **November 26th, 2007 at 8:35 AM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form**, to **Afif Safieh** as **Head Of The PLO Mission** of the within named agency, to wit: **Palestinian Liberation Organization** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 56   Height: 5'8   Weight: 160   Skin Color: Middle Eastern   Hair Color: Dark   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000005917

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 29 day of November 2007

_____
Notary Public, D.C.
My commission expires: June 30, 2011

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

United States District Court Court                    District Of Columbia

Estate of Mark Parsons, by and through its Administrators, et al    Attorney:

    Plaintiff

vs.

Heideman Nudelman & Kalik P.C.
Richard Heideman
1146 19th St., 5th Fl.
Washington, DC. 20036

The Palestinian Authority, et al

    Defendant

**Case Number:** 1:07-cv-01847

Legal documents received by Same Day Process Service on November 19th, 2007 at 3:00 PM to be served upon **The Palestinian Authority (a.k.a. "The Palestinian Interim Self Government Authority") at 5120 Yuma St., NW, Washington, DC. 20016**

I, B. Tony Snesko, swear and affirm that on **November 26th, 2007 at 8:35 AM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form**, to **Afif Safieh** as Head Of The PLO Mission of the within named agency, to wit: **The Palestinian Authority** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 56   Height: 5'8   Weight: 160   Skin Color: Middle Eastern   Hair Color: Dark   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000005918

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this ___ day of November 2007

My commission expires June 30, 2011

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.