IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF MARK PARSONS, by and through its Administrators, et al. | : : : | |
| Plaintiffs, | : : | Civil No. 07-cv-1847 (JR) |
| v. | : : | |
| THE PALESTINIAN AUTHORITY, et al | : : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The Court will please enter the appearance of Tracy Reichman Kalik as additional counsel for the plaintiffs to receive electronic notifications in the above referenced matter through the Court's ECF filing system.

Dated:  December 3, 2007         Respectfully Submitted,

                                              HEIDEMAN NUDELMAN & KALIK P.C.
                                              1146 19th Street, 5th Floor
                                              Washington, DC  20036
                                              Telephone:  202-463-1818
                                              Telefax:  202-463-2999

                                              By:___/s/ *Tracy Reichman Kalik*_____
                                                    Tracy Reichman Kalik (No. 462055)