IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF MARK PARSONS, by and through its Administrators, et al. | : : : | |
| Plaintiffs, | : : | Civil No. 07-cv-1847 (JR) |
| v. | : : | |
| THE PALESTINIAN AUTHORITY, et al | : : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

The Court will please enter the appearance of Noel J. Nudelman as additional counsel for the plaintiffs to receive electronic notifications in the above referenced matter through the Court's ECF filing system.

Dated:  December 3, 2007        Respectfully Submitted,

　　　　　　　　　　　　　　　　　HEIDEMAN NUDELMAN & KALIK P.C.
　　　　　　　　　　　　　　　　　1146 19th Street, 5th Floor
　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　Telephone:  202-463-1818
　　　　　　　　　　　　　　　　　Telefax:  202-463-2999

　　　　　　　　　　　　　　　　　By:___/s/ *Noel J. Nudelman*_____
　　　　　　　　　　　　　　　　　　　Noel J. Nudelman (No. 449969)