IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Mark Parsons, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-1847 (JR) |
| ) | |
| The Palestinian Authority, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCES**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.6, Miller & Chevalier Chartered, including attorneys Richard A. Hibey, Mark J. Rochon, Charles F. B. McAleer, Jr., and Timothy P. O'Toole, hereby enter their appearances as attorneys for defendants The Palestinian Authority and The Palestine Liberation Organization (collectively, "Defendants"). The undersigned enter their appearances on behalf of Defendants subject to and without waiving any rights, defenses or grounds for dismissal that Defendants may have in this action, including, without limitation, motions permitted or required pursuant to Fed. R. Civ. P. 12. The undersigned respectfully request service of all orders, pleadings and documents required to be served in this action. E-mail addresses for all undersigned counsel are provided below.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 11, 2007 | /s/ Richard A. Hibey<br>Richard A. Hibey (D.C. Bar #74823)<br>Mark J. Rochon (D.C. Bar #376042)<br>Charles F.B. McAleer, Jr. (D.C. Bar #388681)<br>Timothy P. O'Toole (D.C. Bar # 469800)<br>655 Fifteenth Street, N.W., Suite 900<br>Washington, DC 20005-5701<br>Tel. (202) 626-5800<br>Fax. (202) 628-0858<br>rhibey@milchev.com<br>mrochon@milchev.com<br>cmcaleer@milchev.com<br>totoole@milchev.com<br><br>*Attorneys for Defendants The Palestinian Authority and The Palestine Liberation Organization* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 11th day of December, 2007, a true and genuine copy of the foregoing was sent by ECF to the following:

Richard D. Heideman
Heideman Nudelman & Kalik, PC
1146 19th Street, NW
5th Floor
Washington, D.C. 20036
Rdheideman@heidemanlaw.com

Noel Jason Nudelman
Heideman Nudelman & Kalik, PC
1146 19th Street, NW
5th Floor
Washington, D.C. 20036
Njnudelman@heidemanlaw.com

Tracy Reichman Kalik
Heideman Nudelman & Kalik, PC
1146 19th Street, NW
5th Floor
Washington, D.C. 20036
Trkalik@hnklaw.com

Steven R. Perles
Perles Law Firm, P.C.
1146 19th Street, NW
5th Floor
Washington, D.C. 20036
Sperles@perleslaw.com

/s/ Charles F. B. McAleer, Jr.