IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Mark Parsons, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-1847 (JR) |
| ) | |
| The Palestinian Authority, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE
## DEADLINE FOR FILING THEIR INITIAL RESPONSE TO COMPLAINT

Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") (collectively, "Defendants"), by counsel, and pursuant to Local Rule 7, move this Court for entry of an order extending, from December 17, 2007 until and including February 15, 2008, the date by which Defendants must file their initial response to the Complaint in the above-captioned action, including, without limitation, motions permitted or required pursuant to Fed. R. Civ. P. 12. In support hereof, Defendants state as follows:

1. This action was filed on October 12, 2007. Dkt. #1. It involves statutory and common law claims arising out of an alleged act of terrorism that occurred on or about October 15, 2003 in the Gaza Strip. Complaint ¶ 14 (Dkt. #1).

2. The Plaintiffs purportedly served the PA and the PLO with process in this case by delivering process to Affif Safieh on or about November 26, 2007 in the District of Columbia. *See* Affidavits of Process Server (November 29, 2007) (Dkt. #3).

3. According to a docket entry in the case, Defendants response to the Complaint is currently due on or before December 17, 2007. Dkt. #2.

806671.1

4.  The PA and the PLO are the only defendants in the case. No named individuals are alleged in the Complaint as having committed the alleged terrorist act. Rather, the plaintiffs assert that the alleged terrorist act "was committed, upon information and belief, by the Popular Resistance Committees or some other involved terrorist organization(s) (collectively 'The Terrorists')." Complaint ¶ 15 (Dkt. #1).

5.  The Plaintiffs further allege that, "at all times relevant" to the case, the PA and the PLO controlled the "Palestinian Preventive Security apparatus" and that the "Palestinian Preventive Security apparatus" distributed arms to "various terrorist organizations, including, but not limited to, Popular Resistance Committees . . . ." Complaint ¶¶ 12-13 (Dkt. #1).

6.  Given the length of time between the alleged terrorist act and the filing of this action, and given the nature of the allegations in the case, including, without limitation, those described above, the PA and the PLO require additional time, beyond the docketed response date, to file their initial responses to the Complaint. Accordingly, on or about December 4, 2007, the undersigned telephoned lead counsel for the Plaintiffs, Richard D. Heideman, Esq., to request the Plaintiffs' consent or lack of opposition to a sixty (60) day extension of the time by which the Defendants must file their initial response to the Complaint. In a telephone conversation on December 7, 2007, Mr. Heideman confirmed to the undersigned that the Plaintiffs would not oppose such an extension request by Defendants and authorized the undersigned to represent the Plaintiffs' lack of opposition to the Court.

7.  Defendants respectfully submit that, under the circumstances, their request for an extension is reasonable and necessary and would not unduly or unreasonably delay the adjudication of this case.

WHEREFORE, Defendants request that the Court grant this Motion and enter an order extending, from December 17, 2007 until and including February 15, 2008, the date by which Defendants must file their initial response to the Complaint in this action, including, without limitation, motions permitted or required pursuant to Fed. R. Civ. P. 12. A proposed consent order is being filed herewith.

                                      Respectfully Submitted,

Dated: December 11, 2007

/s/ Charles F. B. McAleer, Jr.
Richard A. Hibey (D.C. Bar #74823)
Mark J. Rochon (D.C. Bar #376042)
Charles F. B. McAleer, Jr. (D.C. Bar #388681)
Timothy P. O'Toole (D.C. Bar # 469800)
MILLER & CHEVALIER CHARTERED
655 15th St., N.W. Suite 900
Washington D.C. 20005-6701
Ph. (202) 626-5800
Fax: (202)626-5801
Email: rhibey@milchev.com

*Attorneys for Defendants The Palestinian Authority and The Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 11th day of December, 2007, a true and genuine copy of the foregoing was sent by ECF to the following:

>Richard D. Heideman
>Heideman Nudelman & Kalik, PC
>1146 19th Street, NW
>5th Floor
>Washington, D.C. 20036
>Rdheideman@heidemanlaw.com
>
>Noel Jason Nudelman
>Heideman Nudelman & Kalik, PC
>1146 19th Street, NW
>5th Floor
>Washington, D.C. 20036
>Njnudelman@heidemanlaw.com
>
>Tracy Reichman Kalik
>Heideman Nudelman & Kalik, PC
>1146 19th Street, NW
>5th Floor
>Washington, D.C. 20036
>Trkalik@hnklaw.com
>
>Steven R. Perles
>Edward MacAllister
>Perles Law Firm, P.C.
>1146 19th Street, NW
>5th Floor
>Washington, D.C. 20036
>Sperles@perleslaw.com

/s/ Charles F. B. McAleer, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Mark Parsons, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-1847 (JR) |
| ) | |
| The Palestinian Authority, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

THIS MATTER, having come before the Court on the motion of defendants The Palestinian Authority and The Palestine Liberation Organization ("Defendants"), by counsel, and pursuant to Local Rule 7, for entry of an order extending, from December 17, 2007 until and including February 15, 2008, the date by which Defendants must file their initial response to the Complaint in the above-captioned action, including, without limitation, motions permitted or required pursuant to Fed. R. Civ. P. 12, and

WHEREAS, it appearing that Plaintiffs do not oppose Defendants being granted the requested extension and that good cause exists for granting the requested extension, it is now therefore

ORDERED that Defendants' Motion shall be, and the same is hereby, GRANTED and that the deadline for Defendants to file their initial response to the Complaint in the above-captioned action, including, without limitation, motions permitted or required pursuant to Fed. R. Civ. P. 12, is hereby extended from December 17, 2007 until and including February 15, 2008.

SO ORDERED this ____ day of December, 2007.

_____
Hon. James Robertson
U.S. District Judge

806742.1

Copies to:

Richard D. Heideman
Noel Jason Nudelman
Tracy Reichman Kalik
Heideman Nudelman & Kalik, PC
1146 19th Street, NW
5th Floor
Washington, D.C. 20036
Email: Rdheideman@heidemanlaw.com
Counsel for Plaintiffs

Steven R. Perles
Perles Law Firm, P.C.
1146 19th Street, NW
5th Floor
Washington, D.C. 20036
Email: Sperles@perleslaw.com
Counsel for Plaintiffs

Richard A. Hibey
Mark J. Rochon
Charles F. B. McAleer, Jr.
Timothy P. O'Toole
Miller & Chevalier Chartered
655 15th St., N.W. Suite 900
Washington D.C. 20005-6701
Email: rhibey@milchev.com
Counsel for Defendants The Palestinian Authority
and The Palestine Liberation Organization

806742.1