IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF MARK PARSONS, by and through its Administrators, et al. | : : : | |
| Plaintiffs, | : : | Civil No. 07-cv-1847 (JR) |
| v. | : : | |
| THE PALESTINIAN AUTHORITY, et al | : : | |
| Defendants. | : : | |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs, by and through counsel, hereby move this Court for an extension of time to file their brief in Opposition to Defendants', The Palestinian Authority and Palestine Liberation Organization, Motion to Dismiss. In support of this Motion, Plaintiffs state:

1. Defendants filed their Motion to Dismiss on February 15, 2008.

2. Without an extension, Plaintiffs brief in Opposition would be due on February 26, 2008.

3. This is the first extension for briefing that the Plaintiffs have sought.

4. Currently, there is no oral argument set for this matter.

5. The Plaintiffs seek additional time as necessary to respond to the complex legal and factual arguments that the Defendants' have raised in their Motion to Dismiss.

6. In accordance with L.CvR.7.1(m), counsel for the Plaintiffs' sought the consent of counsel for the Defendants', and counsel for the Defendants'

indicated that he would consent and does not oppose the Plaintiffs being granted an extension of time until April 18, 2008 to respond to the Defendants' pleading.

**WHEREFORE,** for the reasons set forth above, Plaintiffs' respectfully request that this Court grant Plaintiffs' Consent Motion for an Extension of Time and order that Plaintiffs shall file on or before April 18, 2008 their brief in Opposition Defendants' Motion to Dismiss.

Dated:  February 22, 2008            Respectfully Submitted,

        HEIDEMAN NUDELMAN
         & KALIK, P.C.
        1146 19th Street, N.W.
        Fifth Floor
        Washington, DC  20036
        Telephone:  202-463-1818
        Telefax:  202-463-2999
        Email: attorneys@hlnklaw.com

        By: _/s/ Tracy Reichman Kalik_____
           Richard D. Heideman (No. 377462)
           Noel J. Nudelman (No. 449969)
           Tracy Reichman Kalik (No. 462055)

        PERLES LAW FIRM, P.C
        Steven R. Perles (No. 326975)
        Edward MacAllister
        1146 19th Street, N.W.
        Fifth Floor
        Washington, DC  20036
        Telephone: 202-955-9055
        Telefax:    202-955-3806

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARK PARSONS, by and through its Administrators, et al. : : : Plaintiffs, : : v. : : THE PALESTINIAN AUTHORITY, et al : : Defendants. : _____ : | Civil No. 07-cv-1847 (JR) |

## **ORDER**

This matter having come before the Court on Plaintiffs' Consent Motion for an Extension of Time, and the Court having been duly advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Motion is hereby **GRANTED**, Plaintiffs shall have up until April 18, 2008 to file their Memorandum in Opposition to Defendants' The Palestinian Authority and Palestine Liberation Organization, Motion for to Dismiss.

**IT IS SO ORDERED** on this the _____ day of February, 2008.

_____
Hon. James Robertson
United States District Court