IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Mark Parsons, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-01847(JR) |
| ) | |
| The Palestinian Authority, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), by and through counsel, hereby move this Court for an extension of time to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss. In support of this Motion, Defendants state:

1. Defendants' response to the Complaint originally was due December 17, 2007. By minute order dated December 17, 2007, the Court granted Defendants' unopposed motion for extension of time to February 15, 2008, to file their Motion to Dismiss.

2. Defendants' filed their Motion to Dismiss on February 15, 2008. Dkt. No. 7.

3. Plaintiffs' brief in Opposition was originally due February 26, 2008. Plaintiffs filed a Consent Motion for Extension of Time seeking until April 18, 2008, to file their Opposition. Dkt. No. 8. By minute order of February 26, 2008, the Court granted Plaintiffs' request for an extension.

4. On April 18, 2008, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss. Dkt. No. 9.

865088.1

5. Without an extension, Defendants' Reply would be due April 28.

6. Currently, there is no oral argument set for this matter.

7. Plaintiffs seek a two-week extension to respond to the Opposition. The case, which seeks to impose liability on the PA and PLO for a 2003 roadside bombing in the Gaza Strip, raises complex legal and factual issues. Due to both the complexity of the case and the undersigned's commitments in other U.S. cases involving the PA and PLO, Defendants request the additional time to file their Reply.

8. In accordance with LCvR 7(m), counsel for Defendants sought the consent of counsel for the Plaintiffs, and counsel for the Plaintiffs indicated that she would consent and does not oppose the Defendants being granted an extension of time until May 12, 2008 to respond to Plaintiffs' Opposition.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that this Court grant their Consent Motion for an Extension of Time and order that Defendants shall file on or before May 12, 2008 their brief in Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

Respectfully submitted,

Dated: April 23, 2008

/s/ Richard A. Hibey
Richard A. Hibey (D.C. Bar #74823)
Mark J. Rochon (D.C. Bar #376042)
Timothy P. O'Toole (D.C. Bar # 469800)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858

*Attorneys for Defendants the Palestinian Authority and Palestine Liberation Organization*

865088.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23rd day of April, 2008, a true and genuine copy of the foregoing was filed by ECF, which automatically provided service to the following:

>Richard D. Heideman
>Noel Jason Nudelman
>Tracy Reichman Kalik
>HEIDEMAN NUDELMAN & KALIK, P.C.
>1146 19th Street, NW
>5th Floor
>Washington, DC 20036
>(202) 463-1818
>Email: rdheideman@heidemanlaw.com
>   njnudelman@heidemanlaw.com
>   trkalik@hnklaw.com
>
>*Attorneys for Plaintiffs*

/s/ Charles F. B. McAleer, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Mark Parsons, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-01847(JR) |
| ) | |
| The Palestinian Authority, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

THIS MATTER, having come before the Court on the Defendants' Consent Motion for an Extension of Time; and the Court having been duly advised,

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion is hereby GRANTED, and Defendants shall have until May 12, 2008 to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

SO ORDERED this _____ day of _____, 2008.

_____
Hon. James Robertson
United States District Judge

865090.1