IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF MARK PARSONS, by and through its Administrators, et al. | : : : | |
| Plaintiffs, | : : | Civil No. 07-cv-1847 (JR) |
| v. | : : | |
| THE PALESTINIAN AUTHORITY, et al | : : | |
| Defendants. | : : | |

## NOTICE OF RECENT DECISION

Plaintiffs, by and through counsel, hereby give Notice and attach hereto the recent Order in the matter of *Boim v. Holy Land Foundation for Relief and Development*, No. 00-C-2905, (7th Cir. 2008). On June 16, 2008, the Seventh Circuit granted the plaintiffs-appellees' petition for rehearing en banc and accordingly has issued an Order vacating the December 28, 2007 opinion upon which Defendants in this matter have extensively relied in their pending Motion to Dismiss. A copy of the Seventh Circuit's Order which vacated *Boim v. Holy Land Foundation for Relief and Development,* 511 F.3d 707 (7th Cir. 2007) is attached.

Dated:  June 25, 2008              Respectfully submitted,

                                                                       HEIDEMAN NUDELMAN
                                                                        &amp; KALIK, P.C.
                                                                        1146 19th Street, N.W.
                                                                        Fifth Floor
                                                                        Washington, DC  20036
                                                                        Telephone:  202-463-1818
                                                                        Telefax:  202-463-2999

                                                                        By: _/s/ Richard D. Heideman_____

       /s/Tracy Reichman Kalik
      Richard D. Heideman (No. 377462)
      Noel J. Nudelman (No. 449969)
      Tracy Reichman Kalik (No. 462055)

      PERLES LAW FIRM, P.C
      Steven R. Perles (No. 326975)
      Edward MacAllister
      1146 19th Street, NW
      Fifth Floor
      Washington, DC  20036
      Telephone: 202-955-9055
      Telefax:    202-745-1858

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 25th day of June, 2008 a true and accurate copy of the foregoing Notice of Recent Decision was served via the U.S. District Court for the District of Columbia's ECF filing system on counsel of record for the defendants:

Richard A. Hibey
Mark J. Rochon
Laura G. Ferguson
Matthew T. Reinhard
MILLER & CHEVALIER CHTD.
655 15th St., N.W., Suite 900
Washington D.C.  20005-6701

       /s/ Tracy Reichman Kalik

# In the
# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

June 16, 2008

*By the Court:*

Nos. 05-1815, 05-1816, 05-1821 & 05-1822

| | |
|---|---|
| STANLEY BOIM, individually and, as administrator of the ESTATE OF DAVID BOIM, deceased, and JOYCE BOIM, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiffs-Appellees,* | |
| *v.* | No. 00 C 2905 |
| HOLY LAND FOUNDATION FOR RELIEF AND *DEVELOPMENT*, et al., | Arlander Keys, *Magistrate Judge.* |
| *Defendants-Appellants.* | |

### ORDER

The petition for rehearing en banc is granted, and the panel's opinion and judgment are vacated.

The court invites the parties to file supplemental briefs addressing this question, in addition to any others that the parties deem appropriate:

> Whether a donor to an organization that, the donor knows, practices terrorism, can be liable under 18 U.S.C. §2333(a) in the absence of proof that the donor intended to advance the violent component of the recipient's activities.

Appellants' briefs must be received by the clerk of court by the close of business on July 25, 2008. Appellees' responsive briefs must be received by the clerk by August 22, 2008.

1

Briefs of amici curiae supporting the appellants must be received no later than August 1, 2008, and amicus briefs supporting the appellees are due at the same time as appellees' responsive briefs.

The court invites the United States to file a brief as amicus curiae. This brief is due by August 22, 2008, no matter which side it supports. If the United States files a brief, the parties will have until September 3, 2008, to file short memoranda responding to that brief. September 3 is also the final date for appellants' reply briefs.

The case will be set for reargument promptly after all supplemental briefs have been received.