# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 10-7085**                                    **September Term, 2010**
FILED ON: AUGUST 5, 2011

ESTATE OF MARK PARSONS, ET AL.,
     APPELLANTS

v.

PALESTINIAN AUTHORITY, ALSO KNOWN AS PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY
AND PALESTINIAN LIBERATION ORGANIZATION, ALSO KNOWN AS PLO,
     APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:07-cv-01847)

———

Before: HENDERSON, TATEL and BROWN, *Circuit Judges*

## J U D G M E N T

   This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel.  On consideration thereof, it is

   **ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed in part, reversed in part, and the case remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:
    /s/
    Jennifer M. Clark
    Deputy Clerk

Date: August 5, 2011

Opinion for the court filed by Circuit Judge Tatel.
Opinion concurring in part and dissenting in part filed by Circuit Judge Henderson.
Concurring opinion filed by Circuit Judge Tatel.
Opinion concurring in part and dissenting in part filed by Circuit Judge Brown.

A true copy
United States Court of Appeals
for the District of Columbia Circuit
By
    Deputy Clerk