IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Mark Parsons, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 07-cv-01847(BJR) |
| The Palestinian Authority, *et al.*, | ) ) Next Event: July 11, 2013 Status Hearing |
| Defendants. | ) ) ) |

**CONSENT MOTION TO RESCHEDULE THE JULY 11 STATUS CONFERENCE**

A status conference is set for July 11, 2013 at 10:00 am in the above-captioned matter. Defendant Palestinian Authority, with the consent of Plaintiffs, respectfully requests that the Court reset the status conference for the week of July 29, 2013. Counsel for both parties are available on any date that week.

The parties apologize for the short notice but agree that additional time will allow the parties to confer and potentially reach agreement about issues to be addressed at the status conference. A proposed order accompanies this motion.

Dated: July 9, 2013

Respectfully submitted,

/s/ Mark J. Rochon
Mark J. Rochon (#376042)
Laura G. Ferguson (#433648)
Matthew T. Reinhard (#474941)
MILLER & CHEVALIER CHARTERED
655 15th St., N.W. Suite 900
Washington, DC 20005-6701
(202) 626-5800 (telephone)
(202) 626-5801 (facsimile)
Email: mrochon@milchev.com

*Attorneys for the Palestinian Authority*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July 2013, a true and genuine copy of the foregoing was filed by ECF, which automatically provided service to the following:

>Richard D. Heideman
>Heideman Nudelman & Kalik, PC
>1146 19th Street, NW
>5th Floor
>Washington, D.C. 20036
>Rdheideman@heidemanlaw.com

>Noel Jason Nudelman
>Heideman Nudelman & Kalik, PC
>1146 19th Street, NW
>5th Floor
>Washington, D.C. 20036
>Njnudelman@heidemanlaw.com

>Tracy Reichman Kalik
>Heideman Nudelman & Kalik, PC
>1146 19th Street, NW
>5th Floor
>Washington, D.C. 20036
>Trkalik@hnklaw.com

>Steven R. Perles
>Edward MacAllister
>Perles Law Firm, P.C.
>1146 19th Street, NW
>5th Floor
>Washington, D.C. 20036
>Sperles@perleslaw.com

*/s/ Laura G. Ferguson*