IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF MARK PARSONS, by and through its Administrators, et al.,

        Plaintiffs,

v.

THE PALESTINIAN AUTHORITY

        Defendant.

Civil No. 07-cv-1847 (BJR)

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby agree and stipulate as follows:

1. The within action be and hereby is dismissed with prejudice; and

2. That each party shall pay their own costs and attorneys fees.

AND IT BE AND HEREBY IS SO STIPULATED:

| | |
|---|---|
| HEIDEMAN NUDELMAN & KALIK, P.C.<br>1146 19th Street, N.W. - 5th Floor<br>Washington, D.C. 20037<br>(202) 463-1818 | MILLER & CHEVALIER CHARTERED<br>655 15th St., N.W., Suite 900<br>Washington D.C. 20005-6701<br>(202) 626-5800 |
| *[signature]*<br>Richard D. Heideman<br>Noel J. Nudelman<br>Tracy Reichman Kalik | *[signature]*<br>Mark J. Rochon (#376042)<br>Laura G. Ferguson (#433648)<br>Matthew T. Reinhard (#474941) |
| Counsel for Plaintiffs | Counsel for Defendant |

Dated: January 24, 2014